# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSKAR BOEHLER,<br><br>          Plaintiff,<br><br>vs.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>          Defendants. | CASE NO.:  C 08-04468 MMC<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>[Lodged concurrently with:<br>- Stipulation to Appear Telephonically.]<br><br>DATE:     January 9, 2009<br>TIME:     10:30 a.m.<br>CTRM.:   7<br><br>Complaint Filed:  August 25, 2008 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C-08-04468 MMC

[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

1  Having reviewed the stipulation submitted by the parties and for good cause
2  shown, it is hereby ordered that ~~counsel for Defendant Reassure America Life~~ all parties shall
3  ~~Insurance Company, Martin E. Rosen, Esq., may~~ appear telephonically at the January
4  9, 2009, Case Management Conference.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  DATED: January 6, 2009    _____
9                            THE HONORABLE MAXINE M. CHESNEY
                              UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1                                                                    C-08-04468 MMC
[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE