1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

10

11  OSKAR BOEHLER,                          )   CASE NO.:  C 08-04468 MMC
                                            )
12          Plaintiff,                      )   **[PROPOSED] ORDER GRANTING**
                                            )   **STIPULATION FOR DISMISSAL**
13      vs.                                 )   **OF CASE WITH PREJUDICE**
                                            )
14  REASSURE AMERICA LIFE                   )   **[FRCP 41(a)(1)]**
    INSURANCE COMPANY, and                  )
15  Does 1-20, inclusive,                   )   [Lodged concurrently with:
                                            )   -   Stipulation For Dismissal.]
16          Defendants.                     )
    _____)   Complaint Filed:  August 25, 2008
17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C 08-04468 MMC

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that, pursuant to stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear his or its own fees and costs.

DATED:   April 3, 2009

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1

C 08-04468 MMC

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE